Julius S. Glaser, Samuel Kuder and Louis Ottensoser, partners doing business under the firm name and style of Glaser, Kuder & Ottensoser, Appellants, vs. Paul E. Canova, J. L. Bryan, County Judge of Orange County, Florida, and J. C. Anderson, Sheriff of Orange County, Florida, Appellees.

Appeal from Circuit Court, Orange county; John D. Broome, Judge.

W. L. Peeler, for Appellants.

L. G. Starbuck, for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal.

Appeal dismissed on motion of counsel for appellees.